**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) |
|  | ) Case No. 23-90052 (CML) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "<u>Schedules</u>") and the Statements of Financial Affairs (collectively with attachments, the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>"), filed by Cleveland Integrity Services, Inc. ("<u>CIS</u>") and CIS Treasury, LLC ("<u>Treasury</u>"), debtors and debtors in possession (collectively, the "<u>Debtors</u>"), were prepared pursuant to section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas by the Debtors with the assistance of their advisors, and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "<u>Global Notes</u>") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. As such, the Debtors reserve all rights to amend, supplement or modify the Schedules and Statements.

Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases and specifically with respect to any issues involving equitable subordination or causes of action arising under chapter 5 of the Bankruptcy Code and other applicable non-bankruptcy law.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258).  The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

4885-6731-6813

These Global Notes are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules or Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.  ***"As Of" Information Date***.  To the best of the Debtor's knowledge, the information provided herein represents the asset and liability data of the Debtors as of January 29, 2023 (the "Petition Date"), except as otherwise noted.  Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

2.  ***Basis of Presentation***.  Information contained in the Schedules and Statement has been derived from the information provided by the Debtors' management.  The Schedules and Statement have not been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP.  Therefore, combining the assets and liabilities set forth in the Schedules and Statement would result in amounts that are substantially different from financial information that would be prepared under GAAP.  To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

3.  ***Causes of Action***.  Despite reasonable efforts to identify all known assets, the Debtors may not have listed all of causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity (collectively, "Causes of Action"), and nothing herein shall be deemed a waiver of any such rights, claims or Causes of Action or the assertion thereof.

4. ***Book Value***. Except as otherwise indicated, the Debtors, along with their proposed financial advisors, have made a good faith effort to list assets and liabilities based on book values as of the latest close of books and records or, where possible, through the Petition Date.

5. ***Classifications.*** Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," or (c) a claim on Schedule E/F as "unsecured," or omitting a contract or lease from Schedule G, does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or to setoff of such claims.

6. ***Court Orders***.   Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain of the Debtors' ordinary course operational costs and employee compensation.  Accordingly, certain liabilities may have been or may be satisfied in accordance with such First Day Orders and therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to any order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

7. ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, supplement, or otherwise modify the Schedules and Statements as they deem appropriate in this regard.

8. ***Excluded Assets and Liabilities***.  The Debtors, along with their proposed financial advisors, may have excluded certain immaterial or *de minimis* assets and liabilities.

9. ***Property Rights.***  Exclusion of certain property from the Schedules and Statement shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated or otherwise expired by terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10. ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affected the inclusion and/or reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

11.    *Fiscal Year*.  Each Debtor's fiscal year ends on December 31.

12.    *Currency*.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

13.    *Executory Contracts*.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

14.    *Totals*.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise Undetermined Amounts, the actual total may be different from the listed total.

15.    *Unliquidated Claim Amounts.*  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

16.    *Undetermined Amounts*.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

17.    *Liens.*  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18.    *Global Notes Control*.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

19.    *Schedule A/B Question 15:*  For purposes of these Schedules, the Debtors have listed an Undetermined Amount for the value of the equity interests of CIS Treasury, LLC. Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such subsidiary interests, which, under certain fair market or enterprise valuation analyses, may have value.

20.    *Schedule A/B Question 77:* For purposes of these Schedules, the Debtors have listed an Undetermined Amount for the value of intercompany receivables due from non-debtor affiliates Applied Consultants, Inc., Eagle Infrastructure Services, Inc. and FR Arsenal Holdings II Corp.  The Debtors' books and records reflect amounts due to and from several non-debtor affiliates.  However, such amounts have not yet been reconciled.  The Debtors believe that, upon completion of a reconciliation of these balances, the actual amounts due to and from non-debtor affiliates will be nominal or zero.  Nothing in these Schedules is

4

intended to be an admission by or conclusion of the Debtors regarding the value of such intercompany balances.

21.     ***Schedule D:***   The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.  Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Multiple parties hold a portion of the debt included in the Debtors' prepetition senior secured notes, and all known parties have been listed for purposes of Schedule D.  The amount reflected as outstanding is the approximate principal amount as of the Petition Date.

22.     ***Schedule E/F, Part 1:  Creditors Holding Priority Unsecured Claims***.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.  All claims listed on the Debtors' Schedule E/F are claims arising from tax obligations for which the Debtors may potentially be liable, and which may be subject to ongoing audits or other proceedings.

23.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F includes intercompany balances due to certain of the Debtors' affiliates.  As noted above with regard to Schedule A/B Question 77, the amounts reflected in the Debtors' books and records have yet to be reconciled and, thus, are listed in Undetermined Amounts pending a final reconciliations, which the Debtors believe will result in a nominal or zero balance due to such affiliates.  The Debtors reserve their rights to dispute or challenge the validity of such claims.

Certain creditors listed on Schedule F are involved in litigation and the case(s) may/may not be concluded as to the settlement of the case.  The Debtors reserve its right to amend Schedule F for all settled cases at or near the time of filing, and for any supplemental claims and/or lawsuits that may have been filed prior to filing yet not served on Debtors at the time of the filing.

24.     ***Schedule H***.  The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such

4885-6731-6813

agreements to which a Debtor is a party.  Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor providing such Guaranties.  The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Guaranties were additionally placed on Schedule D or E/F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G.  It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

### Specific Disclosures with Respect to the Debtor's Statement

1.  ***Statement 3***.  Payments to the Debtors' bankruptcy professionals for work related to the bankruptcy are not included in the payments to creditors and are instead in Statement 11.

2.  ***Statement 4 / 30***.  To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.  Business Payments by the Debtors to or on behalf of their respective insiders for expense reimbursements, including travel, meals and entertainment, are included in the amounts listed in Question 4.  Certain of the Debtors' officers and/or directors are paid directly by the parent company and received no direct compensation from the Debtors.

3.  ***Statement 7***.  Information is listed, to the best of the Debtors' knowledge and information, regarding current, threatened, or pending litigation involving a Debtor.

4.  ***Statements 22–24***.  The Debtors historically have operated over a substantial period of time and may periodically have: (a) been party to judicial and administrative proceedings under environmental laws, (b) received notification from governmental units of potential liability under, or violations of, environmental laws, and (c) notified governmental units of releases of hazardous materials.  The Debtors may no longer have active operations in a particular jurisdiction and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable.  In some cases, statutory document retention periods have passed.  Further, some individuals who once possessed responsive information are no longer employed by the Debtors.

4885-6731-6813

**Fill in this information to identify the case:**

Debtor name    **CIS Treasury, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **23-90051**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................................    $      **1,085,953.08**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................    $      **1,085,953.08**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **159,256,269.10**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$      **0.00**

4.    **Total liabilities** ....................................................................................................................
     Lines 2 + 3a + 3b      $      **159,256,269.10**

**Fill in this information to identify the case:**

Debtor name  **CIS Treasury, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **23-90051**

☐ Check if this is an
amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo Treasury Account** | **Treasury** | **3684** | **$1,085,953.08** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,085,953.08**

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1.

Debtor    **CIS Treasury, LLC**                                        Case number *(If known)*  **23-90051**
         _Name_

9.    **Total of Part 2.**                                                   _____
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:   _____  -  _____  = ....   _____
                                   face amount              doubtful or uncollectible accounts


       11b. Over 90 days old:      _____  -  _____  = ....   _____
                                   face amount              doubtful or uncollectible accounts


12.    **Total of Part 3.**                                                  _____
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1. _____   _____   _____


15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                          % of ownership

       15.1. _____   _____ %   _____   _____


16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

       16.1. _____   _____   _____

Debtor   **CIS Treasury, LLC**                                    Case number *(If known)*  **23-90051**
Name

17.  **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                    _____

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |

Debtor   **CIS Treasury, LLC**                                    Case number *(If known)*  **23-90051**
_____
Name

---

29.      **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30.      **Farm machinery and equipment** *(Other than titled motor vehicles)*

31.      **Farm and fishing supplies, chemicals, and feed**

32.      **Other farming and fishing-related property not already listed in Part 6**

33.      **Total of Part 6.**
         Add lines 28 through 32.  Copy the total to line 85.

34.      **Is the debtor a member of an agricultural cooperative?**
         ☐ No
         ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                     ☐ No
                     ☐ Yes

35.      **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
         ☐ No
         ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.      **Is a depreciation schedule available for any of the property listed in Part 6?**
         ☐ No
         ☐ Yes

37.      **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
         ☐ No
         ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.      **Office furniture** | | | |

40.      **Office fixtures**

Debtor    **CIS Treasury, LLC**                                    Case number *(If known)*   **23-90051**
_____
Name

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

      42.1. _____

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

      47.1. _____

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

      48.1. _____

49.   **Aircraft and accessories**

      49.1.. _____

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor   **CIS Treasury, LLC**                              Case number *(If known)*  **23-90051**
_____Name_____

51.     **Total of Part 8.**                                                                      _____

        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | _____ | _____ |

56.     **Total of Part 9.**                                                                      _____

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    **CIS Treasury, LLC**                              Case number *(If known)*  **23-90051**
_____
          Name

61.    **Internet domain names and websites**

_____  _____  _____  _____

62.    **Licenses, franchises, and royalties**

_____  _____  _____  _____

63.    **Customer lists, mailing lists, or other compilations**

_____  _____  _____  _____

64.    **Other intangibles, or intellectual property**

_____  _____  _____  _____

65.    **Goodwill**

_____  _____  _____  _____

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.                      _____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

                                                                       **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

       _____  -  _____  =  _____
       Total face amount     doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**

Debtor     **CIS Treasury, LLC**                                    Case number *(If known)*  **23-90051**
           Name

Description (for example, federal, state, local)

_____          Tax year _____     _____

---

73.     **Interests in insurance policies or annuities**

         _____                          _____

---

74.     **Causes of action against third parties (whether or not a lawsuit
         has been filed)**

         **Nature of claim**      _____                 _____
         **Amount requested**     _____

---

75.     **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

         **Nature of claim**      _____
         **Amount requested**     _____

---

76.     **Trusts, equitable or future interests in property**

         _____                          _____

---

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

         _____                          _____

---

78.     **Total of Part 11.**
         Add lines 71 through 77. Copy the total to line 90.                 _____

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☐ No
         ☐ Yes

Debtor __**CIS Treasury, LLC**_____     Case number *(if known)*  **23-90051**
_____ Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,085,953.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,085,953.08 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,085,953.08 |

**Fill in this information to identify the case:**

Debtor name **CIS Treasury, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-90051**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Owl Rock Capital Corporation,**<br>Creditor's Name<br><br>**as Admin Agent, Collateral Agent**<br>**245 Park Avenue 41st Floor**<br>**New York, NY 10167**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Principal as of 10/14/2022 plus interest and other costs**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Guarantor, Credit Agreement dated 9/8/2016**<br><br><br>**Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$159,256,269.10** | **Unknown** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$159,256,269.10**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brightwood Capital Fund III U LP**<br>**1540 Broadway**<br>**New York, NY 10036** | Line  **2.1** | |

Debtor **CIS Treasury, LLC**
Name

Case number (*if known*) **23-90051**

| | |
|---|---|
| **Brightwood Fund III Static 2021-1 LLC**<br>**c/o Brightwood Capital Advisors LLC**<br>**810 7th Avenue 26th FL**<br>**New York, NY 10019** | Line __2.1__ |
| **New Mountain Finance Holdings LLC**<br>**787 7th Avenue 49th FL**<br>**New York, NY 10019** | Line __2.1__ |
| **New Mountain Finance Holdings, LLC**<br>**c/o Corp Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.1__ |
| **New Mountain Guardian Partners II SPV**<br>**c/o Corporate Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.1__ |
| **Owl Rock Capital Corporation,**<br>**as Admin Agent, Collateral Agent**<br>**399 Park Ave 38th FL**<br>**New York, NY 10022** | Line __2.1__ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CIS Treasury, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-90051** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1. | Priority creditor's name and mailing address | $ _____ | $ _____ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account

number _____

Is the claim subject to offset?

☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset?   ☐ No   ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor     **CIS Treasury, LLC**                                            Case number (if known)    **23-90051**
_____                          _____
Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ _____ **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ _____ **0.00** |

**Fill in this information to identify the case:**

Debtor name __**CIS Treasury, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**23-90051**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **CIS Treasury, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-90051**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Applied Consultants, Inc.** | **2100 N Eastman Road** <br> **Longview, TX 75601** | Owl Rock Capital Corporation, | ■ D **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Central NDT, Inc.** | **919 East Chicago** <br> **Yale, OK 74085** | Owl Rock Capital Corporation, | ■ D **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Cleveland Integrity Services, Inc.** | **37060 E. Old Highway 64** <br> **Cleveland, OK 74020** | Owl Rock Capital Corporation, | ■ D **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Eagle Infrastructure Services, Inc.** | **2100 N. Eastman Rd.** <br> **Longview, TX 75601** | Owl Rock Capital Corporation, | ■ D **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Encompass Services, LLC** | **9595 Six Pines Drive Suite 8210** <br> **The Woodlands, TX 77380** | Owl Rock Capital Corporation, | ■ D **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **CIS Treasury, LLC**                              Case number *(if known)*   **23-90051**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **FR Arsenal Holdings Corp.** | **One Lafayette Place Greenwich, CT 06830** | **Owl Rock Capital Corporation,** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.7 | **FR Arsenal Holdings II Corp.** | **One Lafayette Place Greenwich, CT 06830** | **Owl Rock Capital Corporation,** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.8 | **Perennial Environment I, LLC** | **13100 Northwest Freeway, Suite 1600 Houston, TX 77040** | **Owl Rock Capital Corporation,** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **CIS Treasury, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-90051**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 1, 2023     */s/ Matthew Kesner*
                                Signature of individual signing on behalf of debtor

                                  **Matthew Kesner**
                                  Printed name

                                  **President and Chief Operating Officer**
                                  Position or relationship to debtor