# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

**COUNSEL TO EQUITY SPONSOR & FR ARSENAL ENTITIES**

SIMPSON THACHER & BARTLETT LLP
ELISHA D. GRAFF
425 LEXINGTON AVENUE
NEW YORK NY 10017

SIMPSON THACHER & BARTLETT LLP
ASHLEY GHERLONE
425 LEXINGTON AVENUE
NEW YORK NY 10017

**COUNSEL TO OWL ROCK CAPITAL CORP.**

PROSKAUER ROSE LLP
DAVID M HILLMAN
11 TIMES SQUARE
EIGHTH AVE AND 41ST ST
NEW YORK NY 10036-8299

PROSKAUER ROSE LLP
MAXIMILIAN A GREENBERG
11 TIMES SQUARE
EIGHTH AVE AND 41ST ST
NEW YORK NY 10036-8299

PROSKAUER ROSE LLP
MEGAN R. VOLIN
11 TIMES SQUARE
EIGHTH AVE AND 41ST ST
NEW YORK NY 10036-8299

JONES WALKER LLP
JOSEPH E. BAIN
811 MAIN STREET
SUITE 2900
HOUSTON TX 77002

**COUNSEL TO OWL ROCK CAPITAL CORP.**

JONES WALKER LLP
SWATI PARASHAR
811 MAIN STREET
SUITE 2900
HOUSTON TX 77002

**COUNSEL TO WELLS FARGO BANK N.A.**

MORGAN LEWIS & BROCKIUS LLP
LIZ KHOURY ALI
101 PARK AVENUE
NEW YORK NY 10178-0060

MORGAN LEWIS & BROCKIUS LLP
TIFFANY FRANK AMIR
300 SOUTH GRAND AVE
22ND FLOOR
LOS ANGELES CA 90071-3132

MORGAN LEWIS & BROCKIUS LLP
MARSHALL STODDARD, JR., ESQ.
101 PARK AVENUE
NEW YORK NY 10178

**DEBTOR**

CLEVELAND INTEGRITY SERVICES, INC
MATT KESNER
370690 EAST OLD HWY 64
CLEVELAND OK 74020

# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

| **GOVT. AGENCY** | **PROPOSED COUNSEL TO THE DEBTORS** |
|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GRAY REED<br>AARON M KAUFMAN<br>1300 POST OAK BLVD<br>STE 2000<br>HOUSTON TX 77056 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | GRAY REED<br>JASON S BROOKNER<br>1300 POST OAK BLVD<br>STE 2000<br>HOUSTON TX 77056 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | GRAY REED<br>AMBER M CARSON<br>1300 POST OAK BLVD<br>STE 2000<br>HOUSTON TX 77056 |
| MICHIGAN DEPT OF TREASURY<br>TAX POLICY DIVISION<br>2ND FL AUSTIN BLDG<br>430 WEST ALLEGAN ST<br>LANSING MI 48922 | GRAY REED<br>LONDON ENGLAND<br>1300 POST OAK BLVD<br>STE 2000<br>HOUSTON TX 77056 |
| **OFFICE OF THE US TRUSTEE** | GRAY REED<br>LYDIA R WEBB<br>1601 ELM ST., STE 4600<br>DALLAS TX 75201 |
| OFFICE OF THE US TRUSTEE<br>HECTOR DURAN JR & STEPHEN STATHAM<br>ALICIA BARCOMB<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002 | **SECURED CREDITOR** |
| OFFICE OF THE US TRUSTEE<br>HA MINH NGUYEN<br>515 RUSK ST<br>STE 3516<br>HOUSTON TX 77002 | OWL ROCK CAPITAL CORP<br>AS COLLATERAL AGENT<br>245 PARK AVENUE<br>41ST FLOOR<br>NEW YORK NY 10167 |

# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

**SECURED CREDITOR**

WELLS FARGO BANK NATIONAL ASSOCIATION
PORTFOLIO MGR FOR APPLIED CLEVELAND
14241 DALLAS PARKWAY
STE 900
DALLAS TX 75254

OWL ROCK CAPITAL CORP
AS ADMIN & COLLATERAL AGENT
399 PARK AVENUE
38TH FLOOR
NEW YORK NY 10022

**STATE ATTORNEY GENERAL**

ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007

ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610

COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203

**STATE ATTORNEY GENERAL**

CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120

DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801

FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

**MASTER SERVICE LIST**
**Cleveland Integrity Services, Inc., et al.**
**Case No. 23-90052**

01/31/2023

| **STATE ATTORNEY GENERAL** | **STATE ATTORNEY GENERAL** |
|---|---|
| IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 | MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212 |
| KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| KENTUCKY ATTORNEY GENERAL<br>DANIEL CAMERON<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 |
| LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095 | MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 |
| MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401 |
| MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022 | NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 |
| MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698 | NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 |

**MASTER SERVICE LIST
Cleveland Integrity Services, Inc., et al.
Case No. 23-90052**

01/31/2023

| **STATE ATTORNEY GENERAL** | **STATE ATTORNEY GENERAL** |
|---|---|
| NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120 |
| NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 |
| NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040 | SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501 |
| OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |
| OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096 | UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320 |

# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

| **STATE ATTORNEY GENERAL** | **TOP 30 UNSECURED CREDITOR** |
|---|---|
| VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | ANDREW RAMIREZ<br>DAVID HARRIS AND DAVID BRIGHT<br>SICO HOELSCHER HARRIS<br>802 N CARANCAHUA ST<br>STE 900<br>CORPUS CHRISTI TX 78401 |
| WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | APOLONIO PEREZ<br>PAUL ROBERT HORNUNG<br>DOMINGO GARCIA LAW OFFICE<br>1111 W MOCKINGBIRD LN<br>STE 1200<br>DALLAS TX 75247 |
| WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | DANA HOWARD<br>STEPHEN KHERKHER AND KEVIN HAYNES<br>KHERKHER GARCIA LLP<br>2925 RICHMOND AVE<br>STE 1560<br>HOUSTON TX 77098 |
| WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | DANIEL MAHER<br>ROBERT M DOIG<br>LAW FIRM OF ROBERT DOIG LLC<br>1400 PROVIDENCE RD<br>STE 3020<br>MEDIA PA 19063 |
| WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 | DARON ROBINSON<br>STEVE T HASTINGS<br>THE HASTINGS LAW FIRM<br>101 N SHORELINE BLVD<br>STE 604<br>CORPUS CHRISTI TX 78401 |
| **TOP 30 UNSECURED CREDITOR** | DEBRA MILLER<br>DAVID A EBERLY<br>EBERLY MCMAHON COPETAS<br>2245 GILBERT AVE<br>STE 101<br>CINCINNATI OH 45206 |
| AMERICAN ARBITRATION ASSOCIATION<br>13727 NOEL RD<br>STE 700<br>DALLAS TX 75240 | DONALD NORTH<br>ROBERT M DOIG<br>LAW FIRM OF ROBERT DOIG LLC<br>1400 PROVIDENCE RD<br>STE 3020<br>MEDIA PA 19063 |

# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

**TOP 30 UNSECURED CREDITOR**

EDWARD HOWARD
DAVID HARRIS AND DAVID BRIGHT
SICO HOELSCHER HARRIS
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

ESTATE OF JESUS JUAREZ QUINTERO
CORY ITKIN JASON ITKIN RICK HOLSTEIN
ARNOLD AND ITKIN
6009 MEMORIAL DR
HOUSTON TX 77007

ESTATE OF MACLEAN MAUND
HEATHER MAUND ADMINISTRATRIX
ROBERT J FISHER AND DREW RUMMELL
EDGAR SNYDER AND ASSOCIATES LLC
600 GRANT ST 10TH FL
PITTSBURGH PA 15219

ESTATE OF OSCAR PEREZ MARTINEZ
JASON P HOELSCHER
SICO HOELSCHER HARRIS LLP
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

FRANCISCA JUAREZ
CORY ITKIN JASON ITKIN RICK HOLSTEIN
ARNOLD AND ITKIN
6009 MEMORIAL DR
HOUSTON TX 77007

ISMAEL GARCIA
STEPHEN KHERKHER AND KEVIN HAYNES
KHERKHER GARCIA LLP
2925 RICHMOND AVE
STE 1560
HOUSTON TX 77098

JESSICA JUAREZ
CORY ITKIN JASON ITKIN RICK HOLSTEIN
ARNOLD AND ITKIN
6009 MEMORIAL DR
HOUSTON TX 77007

**TOP 30 UNSECURED CREDITOR**

JESUS JUAREZ JR
CORY ITKIN JASON ITKIN RICK HOLSTEIN
ARNOLD AND ITKIN
6009 MEMORIAL DR
HOUSTON TX 77007

JOHN AND CINDY MAY
ROBERT M DOIG
LAW FIRM OF ROBERT DOIG LLC
1400 PROVIDENCE RD
STE 3020
MEDIA PA 19063

JUAN MARTINEZ
PAUL ROBERT HORNUNG
DOMINGO GARCIA LAW OFFICE
1111 W MOCKINGBIRD LN
STE 1200
DALLAS TX 75247

LINDA RAMIREZ
DAVID HARRIS AND DAVID BRIGHT
SICO HOELSCHER HARRIS
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

MAP MINOR
JASON P HOELSCHER AND MIRANDA COOK
SICO HOELSCHER HARRIS LLP
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

MANUEL GALVAN
DAVID HARRIS AND DAVID BRIGHT
SICO HOELSCHER HARRIS
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

MARI C MENDOZA RODRIGUEZ
JASON P HOELSCHER
SICO HOELSCHER HARRIS LLP
802 N CARANCAHUA ST
STE 900
CORPUS CHRISTI TX 78401

# MASTER SERVICE LIST
## Cleveland Integrity Services, Inc., et al.
## Case No. 23-90052

01/31/2023

**TOP 30 UNSECURED CREDITOR**

MARTHA JUAREZ
CORY ITKIN JASON ITKIN RICK HOLSTEIN
ARNOLD AND ITKIN
6009 MEMORIAL DR
HOUSTON TX 77007

MICHAEL BERTRAND
BENNY AGOSTO JR BARNEY DILL AND D DARCHE
ABRAHAM WATKINS NICHOLS AGOSTO
800 COMMERCE ST
HOUSTON TX 77002

SHARON ROBINSON
STEVE T HASTINGS AND HENRY BLACKMON
THE HASTINGS LAW FIRM
101 N SHORELINE BLVD
STE 604
CORPUS CHRISTI TX 78401

WAYNE C RANSOM AND KATHERINE R RANSOM
ANDREW J LEGER JR
861 VALLEYVIEW RD
PITTSBURGH PA 15243

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

BOND INTL SOFTWARE INC
BULLHORN INC
100 SUMMER ST 17TH FL
BOSTON MA 02110

VALVCO
TONY OWEN PRESIDENT
PO BOX 339
SKIATOOK OK 74070

**TOP 30 UNSECURED CREDITOR**

WPS INFORMATION ENGINEERING
D138-00000031
3100 E ARLINGTON
ADA OK 74820

**US ATTORNEY**

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA STE 2300
HOUSTON TX 77002