**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) Case No. 23-90052 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL
ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION
FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS
AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING
ADEQUATE PROTECTION, (IV) MODIFYING THE AUTOMATIC STAY,
(V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned representative of the above-captioned debtors and debtors in possession (collectively, the "Debtors") certifies as follows:

1.      On Sunday, January 29, 2023, the Debtors filed their *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 12] (the "Motion").

2.      On the same date, the Motion was served via electronic mail on all parties on the master service list maintained in these chapter 11 cases for whom the Debtors have email addresses, as indicated in the *Affidavit of Service* filed at Docket No. 29.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258).  The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

4875-6198-1520

3.      On January 30, 2023, the Debtors filed a Notice of Final Hearing on the Motion [Docket No. 41] (the "Notice of Hearing"), which, among other things, provided a website link to access the Motion, the interim order entered on the Motion, and all other documents filed in these chapter 11 cases; and indicated that all objections to the Motion or entry of a final order on the Motion must be filed by 12:00 p.m. (Central Time) on Friday, February 10, 2023 (the "Objection Deadline").

4.      On the same date, the Notice of Hearing was served via electronic mail or U.S. First Class Mail on all parties on the master service list maintained in these chapter 11 cases, as indicated in the *Affidavit of Service* filed at Docket No. 64.

5.      No responses to the Motion were filed on the docket on or before the Objection Deadline.  Additionally, neither the Debtors nor counsel to the Debtors received any informal responses to the Motion.

6.      Accordingly, the Debtors request that the Court enter the proposed order filed at Docket No. 81 at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

2

4875-6198-1520

Respectfully submitted this 10th day of February, 2023.

**GRAY REED**

By: /s/ *Aaron M. Kaufman*
Jason S. Brookner
Texas Bar No. 24033684
Aaron M. Kaufman
Texas Bar No. 24060067
Amber M. Carson
Texas Bar No. 24075610
London England
Texas Bar No. 24110313
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:     (713) 986-7127
Facsimile:      (713) 986-5966
Email:           jbrookner@grayreed.com
                    akaufman@grayreed.com
                    acarson@grayreed.com
                    lengland@grayreed.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on February 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Aaron M. Kaufman*
Aaron M. Kaufman

3

4875-6198-1520