United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) Case No. 23-90052 (CML) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 92** |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER EXTENDING THE AUTOMATIC STAY TO WAGE AND HOUR LITIGATION

Upon the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") extending the automatic stay provided by section 362(a) of the Bankruptcy Code to wage and hour claims asserted by current or former CIS employees against the Debtors' customers, including Magellan Midstream Partners, LP and Kinder Morgan Energy Partners, LP (collectively, the "Customer Defendants"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258). The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4874-4758-3056

notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 362 of the Bankruptcy Code, the automatic stay is hereby extended to protect the Customer Defendants (including, but not limited to, Magellan Midstream Partners, LP and Kinder Morgan Energy Partners, LP) from any wage and hour claims asserted by current or former CIS employees in the Pending Arbitrations, and any claims related to or arising out of *Oates v. Kinder Morgan* action, filed in the Western District of Oklahoma on November 30, 2020, Cause No. 5:19-cv-1171-SLP.

2. Plaintiffs' Counsel, on behalf of their clients who are current or former CIS employees, are hereby prohibited from continuing the AAA arbitrations against the Customer Defendants.

3. No later than three (3) business days after entry of this Order, Plaintiffs' Counsel shall dismiss or abate all Pending Arbitrations and provide written proof of such abatement or dismissal to Debtors' counsel and counsel for all other parties to the Pending Arbitration.

4. The form of notice attached hereto as **Exhibit 1** (the "Stay Notice") is approved.

5. The Debtors are directed to deliver the Stay Notice to the AAA related to any of the Pending Arbitrations and are authorized to provide the Stay Notice to any additional courts or arbitrations in which the Customer Defendants appear.

6. Notwithstanding the relief granted herein and any actions taken pursuant to such

relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion. **THE COURT WILL CONDUCT A FURTHER HEARING ABOUT THE RELIEF GRANTED IN THIS ORDER ON APRIL 10, 2023 AT 1:00 P.M. (CST).**

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 21, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

## **Exhibit 1**

**Stay Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) ) ) | Case No. 23-90052 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ENTRY OF ORDER EXTENDING
THE AUTOMATIC STAY TO WAGE AND HOUR LITIGATION**

On January 29, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The chapter 11 cases are pending before the Hon. Christopher M. Lopez, United States Bankruptcy Judge, and are jointly administered under the lead case *In re Cleveland Integrity Services, Inc., et al.*, Case No. 23-90052 (CML).

1. Pursuant to section 362(a) of the Bankruptcy Code, the filing of the Debtors' respective voluntary petitions operated as a self-effectuating statutory stay or injunction (the "Automatic Stay"), applicable to all entities and protecting the Debtors from, among other things, (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against any of the Debtors (i) that was or could have been commenced before the Petition Date or (ii) to recover a claim against any of the Debtors that arose before the Petition Date, (b) the enforcement, against any of the Debtors or against any property of any of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258). The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

4874-4758-3056

2

Debtors' estates, of a judgment obtained before the Petition Date, or (c) any act to obtain possession of, or exercise control over, property of any of the Debtors' estates.

2. Pursuant to the *Order Granting Debtors' Emergency Motion for Entry of an Order Extending the Automatic Stay to Wage and Hour Litigation* (the "Order") [Docket No. __], entered on _____, 2023 and attached hereto, the Bankruptcy Court extended the Automatic Stay to enjoin all wage and hour claims by current or former CIS employees against the Debtors' customers, including, but not limited to, Magellan Midstream Partners, LP and Kinder Morgan Energy Partners, LP.

3. Pursuant to sections 105(a) and 362(a) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure (among other applicable substantive law and rules of procedure), any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Bankruptcy Court for failure to comply with the Order and applicable law—**including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States**.

4. Additional information regarding the chapter 11 cases, including copies of pleadings filed therein, may be obtained free of charge by visiting https://www.donlinrecano.com/Clients/cis/Index, by calling 1 (877) 253-6850#(toll-free), by email at cisinfo@drc.equiniti.com, or by contacting the undersigned counsel for the Debtors.

Respectfully submitted this [•] day of [•], 2023.

        **GRAY REED**

        By: */s/ [DRAFT]*
            Jason S. Brookner
            Texas Bar No. 24033684
            Aaron M. Kaufman
            Texas Bar No. 24060067
            Amber M. Carson
            Texas Bar No. 24075610
            London England
            Texas Bar No. 24110313
        1300 Post Oak Boulevard, Suite 2000
        Houston, Texas 77056
        Telephone:   (713) 986-7127
        Facsimile:   (713) 986-5966
        Email:   jbrookner@grayreed.com
                    akaufman@grayreed.com
                    acarson@grayreed.com
                    lengland@grayreed.com

        *Proposed Counsel to the Debtors*
        *and Debtors in Possession*

**CERTIFICATE OF SERVICE**

        I certify that on [•] [•], 2023, I caused a copy of the foregoing document to be served via email on all counsel of record in the arbitration cases.

        */s/ Aaron M. Kaufman*
        Aaron M. Kaufman