# UNITED STATES BANKRUPTCY COURT

## Southern District of Texas

PDF FILE WITH AUDIO FILE ATTACHMENT

2023-90052

Cleveland Integrity Services, Inc. and CIS Treasury, LLC

Hearing on [92] and Status Conference.

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 2023-90052 |
| Case Title : | Cleveland Integrity Services, Inc. and CIS Treasury, LLC |
| Audio Date\Time: | 4/10/2023 1:00:29 PM |
| Audio File Name : | 4bk2023-90052_20230410-130029.mp3 |
| Audio File Size : | 11929 KB |
| Audio Run Time : | [00:24:51] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon.  Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public.  In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**