United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **CLEVELAND INTEGRITY SERVICES, INC.**, *et al.* [1] | § § § | CASE NO. 23-90052 (CML) |
| | § | **(Jointly Administered)** |
| **Debtors** | § | |

## ORDER LIFTING AUTOMATIC STAY
## WITH RESPECT TO WAGE AND HOUR LITIGATION

[this relates to Docket No. 92 and 120]

On April 10, 2023, came on for further hearing the *Debtors' Emergency Motion for Entry of an Order Extending the Automatic Stay to Wage and Hour Litigation* [Docket No. 92] (the "Motion to Extend Stay").  Based on the record and arguments of counsel, including the record from the Court's prior hearing on February 21, 2023 and the Court's prior *Order Granting Debtors' Emergency Motion for Entry of an Order Extending the Automatic Stay to Wage and Hour Litigation* [Docket No. 120] (the "Stay Extension Order"), and for the reasons stated on the record at the hearing, the Court denies any further injunction or extension of the automatic stay as to wage and hour claims asserted against Customer Defendants.[2]  It is therefore ORDERED that:

1. The Court's Stay Extension Order, dated February 21, 2023, is of no further effect; provided, however, that if wage and hour claimants desire to seek discovery from the Debtors in connection with such claims, they are prohibited from doing so until after May 10, 2023.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258).  The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

[2] Unless defined herein, all defined terms are ascribed the meanings to them in the Motion to Extend Stay.

2. Plaintiffs' Counsel, on behalf of their clients who are current or former employees of the Debtors, are permitted to contact AAA to commence/recommence any applicable arbitration proceedings against Customer Defendants, including providing copies of this Order to the AAA.

3. Plaintiffs' Counsel is authorized to take all actions necessary to effectuate the relief granted in this Order.

4. Nothing in this Order shall be construed as a modification or termination of the automatic stay under section 362 of the Bankruptcy Code, generally, with regard to claims against the Debtors.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 12, 2023

_____
Christopher Lopez
United States Bankruptcy Judge