**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) | Case No. 23-90052 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SUPPLEMENT TO THE FIRST AND FINAL APPLICATION OF GRAY REED FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Gray Reed, counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits its supplement (the "Final Fee Supplement") to the First and Final Application [Docket No. 269] (the "Final Fee Application"),[2] for allowance of supplemental compensation for professional services rendered and reimbursement of expenses incurred for the period from July 1, 2023 through July 31, 2023 (the "Supplement Period"), as well as approval of the estimated fees and expenses Gray Reed expects to incur after the Supplement Period (the "Estimated Fees and Expenses"), and in further support of its Final Fee Application, respectfully represents:

1.    By this Final Fee Supplement, and in accordance with the Final Procedures Order, Gray Reed seeks final approval of supplemental compensation of **$17,004.00** in fees and **$0.00** in expenses during the Supplement Period.  The fees and expenses requested by this Final Fee Supplement are in addition to the fees and expenses requested in the Final Fee Application of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258).  The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Final Fee Application.

**$560,220.50** and **$1,290.21**, respectively, for the period of January 29, 2023 through June 30, 2023

(for which the Applicant has already been paid **$438,244.41** pursuant to the Compensation Order).[3]

2.       A summary of the supplemental compensation requested, broken down by

timekeepers, project category and expenses, is as follows:

### <u>Summary of Timekeepers Included in this Fee Application</u>

| Professional | Position and Year First Licensed to Practice | | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Aaron M. Kaufman | Partner | 2007 | $760.00 | 3.60 | $2,736.00 |
| Jonathan M. Hyman | Partner | 2001 | $725.00 | 0.30 | $217.50 |
| Micheal W. Bishop | Senior Counsel | 1988 | $725.00 | 0.50 | $362.50 |
| Lydia R. Webb | Partner | 2012 | $690.00 | 2.50 | $1,725.00 |
| Amber M. Carson | Partner | 2012 | $645.00 | 3.10 | $1,999.50 |
| G. Marcus Fettinger | Partner | 2011 | $600.00 | 4.50 | $2,700.00 |
| Hunter W. Mattocks | Associate | | $400.00 | 1.40 | $560.00 |
| John T. Nadalini | Associate | 2022 | $375.00 | 8.70 | $3,262.50 |
| **SUBTOTAL FOR Attorneys** | | | | **24.60** | **$13,563.00** |
| **Paraprofessional** | **Position and Year First Licensed to Practice** | | **Hourly Rate** | **Total Hours** | **Total Fees** |
| Veronica T. Salazar | Paralegal | N/A | $310.00 | 9.00 | $2,790.00 |
| Nancy M. Ward | Paralegal | N/A | $310.00 | 2.10 | $651.00 |
| **SUBTOTAL FOR Paraprofessionals** | | | | **11.10** | **$3,441.00** |
| **GRAND TOTAL** | | | | **35.70** | **$17,004.00** |

### <u>Summary of Compensation Requested by Project Category</u>

| Matter No. | Matter Description | Total Hours | Total Fees | Expenses | Total Compensation |
|---|---|---|---|---|---|
| 3 | Asset Disposition | 3.70 | $2,455.50 | $0.00 | $2,455.50 |
| 8 | Case Administration | 0.50 | $380.00 | $0.00 | $380.00 |
| 12 | Employee Benefits and Pensions | 16.70 | $7,173.50 | $0.00 | $7,173.50 |
| 13 | Professional Employment and Fee Applications | 13.50 | $6,384.50 | $0.00 | $6,384.50 |
| 21 | Relief from Stay and Adequate Protection | 1.20 | $579.50 | $0.00 | $579.50 |
| 22 | Reporting | 0.10 | $31.00 | $0.00 | $31.00 |
| | **TOTALS** | **35.70** | **$17,004.00** | **$0.00** | **$17,004.00** |

---

[3] These amounts take into account application of the Retainer for which Gray Reed has previously requested approval of same through its Final Fee Application.

4874-5669-4133

3.      Copies of the invoices for the actual fees and expenses incurred during the Supplement Period are attached hereto as **Exhibit A** and incorporated herein by reference.

4.      In addition to the actual fees and expenses incurred through July 31, 2023, and requested in this Final Fee Supplement, Gray Reed also requests approval of estimated fees and expenses to be incurred through date of the entry of an order approving Gray Reed's Final Fee Application, in the estimated amount of **$7,500.00**.  Gray Reed shall file copies of invoices showing the actual amount of these Estimated Fees and Expenses in accordance with the Final Procedures Order, not later than August 21, 2023.

5.      An updated form of revised proposed order is attached.  A redline version of the revised proposed order is also attached as **Exhibit B**.

**WHEREFORE**, Gray Reed respectfully requests this Court enter an order (i) awarding Gray Reed, on a final basis, the sum of **$17,004.00** in fees and **$0.00** in expenses as final supplemental compensation for services rendered during the Supplement Period, as well as approving **$7,500.00** in Estimated Fees and Expenses filed in accordance with the Final Procedures Order; (ii) awarding Gray Reed, on a final basis, the sum of **$560,220.50** in fees and **$1,290.21** in expenses for a total award of **$586,019.71** (of which $438,244.41 has already been paid pursuant to the Compensation Order) as requested in the Final Fee Application; (iii) permitting Gray Reed to draw down on its Retainer (as previously requested in its Final Fee Application) to pay any unpaid portion of the fees and/or expenses herein; (iv) authorizing and directing the Debtors to pay all amounts due (currently estimated to be **$147,775.30**) to Gray Reed  promptly following entry of an order approving this Final Fee Supplement for unpaid portions of fees sought herein, including the Estimated Fees and Expenses; and (v) granting Gray Reed such other and further relief as may be just and proper.

4874-5669-4133

Respectfully submitted this 14th day of August, 2023.

**GRAY REED**

By:  */s/ Aaron M. Kaufman*
     Jason S. Brookner
     Texas Bar No. 24033684
     Aaron M. Kaufman
     Texas Bar No. 24060067
     Amber M. Carson
     Texas Bar No. 24075610
     London England
     Texas Bar No. 24110313
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7127
Facsimile:  (713) 986-5966
Email:      jbrookner@grayreed.com
           akaufman@grayreed.com
           acarson@grayreed.com
           lengland@grayreed.com
-and-

     Micheal W. Bishop
     Texas Bar No. 02354860
     Lydia R. Webb
     Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:      mbishop@grayreed.com
           lwebb@grayreed.com

*Counsel to the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

The undersigned hereby certifies that on the 14th day of August 2023, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF on all parties who have subscribed for electronic notice in this case, and via electronic mail on the Notice Parties.

*/s/ Aaron M. Kaufman*
Aaron M. Kaufman

**Exhibit A**

**Supplemental Period Invoices**



**GRAY REED**

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000003 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775633 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com


Attention: Louis Berezovsky

RE: Asset Disposition

**Bill-at-a-Glance –** for services through July 31, 2023

| | | |
|---|---|---|
| **Professional Services** | $2,455.50 | |
| **Total this Invoice** | $2,455.50 | |
| **Previous Balance** | $35,083.30 | |
| **Total Now Due** | **$37,538.80** | |

Please remit payment to:
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000003 **Invoice #** 775633

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000003 |
| Invoice: | 775633 |
| Page: | 2 of 3 |

## Matter 000003 – Asset Disposition

### Outstanding Invoices

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 04/14/23 | 768049 | 0.00 | 0.00 | 0.00 | $29,593.90 | $29,593.90 |
| 05/05/23 | 769689 | 0.00 | 0.00 | 0.00 | $1,249.30 | $1,249.30 |
| 06/12/23 | 772220 | 0.00 | $2,663.60 | 0.00 | 0.00 | $2,663.60 |
| 07/14/23 | 774336 | $1,576.50 | 0.00 | 0.00 | 0.00 | $1,576.50 |
| | **Total Outstanding** | $1,576.50 | $2,663.60 | $0.00 | $30,843.20 | $35,083.30 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000003 |
| Invoice: | 775633 |
| Page: | 3 of 3 |

**Matter 000003 – Asset Disposition**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/01/23 | AMC | [2/8/2023] Correspondence with client team re various contracts for cure notice (.6); revise cure notice list re same (.3); call with client group re ongoing sale issues (.7); confer with A. Kaufman re cure notice and sale issues and hearing strategy (.9); review APA schedules (.6). | 3.10 | $1,999.50 |
| 07/12/23 | AMK | Call with tax counsel to discuss case closing and mechanisms in sale order to address amended proof of claim by IRS. | 0.60 | $456.00 |
| | | Total Professional Services | 3.70 | $2,455.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| AMK | Aaron M. Kaufman | 0.60 | $760.00 | $456.00 |
| AMC | Amber M. Carson | 3.10 | $645.00 | $1,999.50 |



| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000008 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775629 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

Attention: Louis Berezovsky

RE: Case Administration

**Bill-at-a-Glance –** for services through July 31, 2023

| | |
|---|---|
| **Professional Services** | $380.00 |
| **Total this Invoice** | $380.00 |
| **Previous Balance** | $8,677.40 |
| **Total Now Due** | **$9,057.40** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000008 **Invoice #** 775629

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000008 |
| Invoice: | 775629 |
| Page: | 2 of 3 |

## Matter 000008 – Case Administration

**Outstanding Invoices**

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 05/05/23 | 769691 | 0.00 | 0.00 | 0.00 | $2,263.60 | $2,263.60 |
| 06/12/23 | 772223 | 0.00 | $2,037.80 | 0.00 | 0.00 | $2,037.80 |
| 07/14/23 | 774335 | $4,376.00 | 0.00 | 0.00 | 0.00 | $4,376.00 |
| | **Total Outstanding** | $4,376.00 | $2,037.80 | $0.00 | $2,263.60 | $8,677.40 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000008 |
| Invoice: | 775629 |
| Page: | 3 of 3 |

**Matter 000008 – Case Administration**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/31/23 | AMK | Review Veriforce admin claim and follow up with management and clamants' counsel regarding same. | 0.50 | $380.00 |
| | | Total Professional Services | 0.50 | $380.00 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| AMK | Aaron M. Kaufman | 0.50 | $760.00 | $380.00 |



**GRAY REED.**

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000012 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775634 |
| Page: | 1 of 4 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

Attention: Louis Berezovsky

RE: Employee Benefits and Pensions

**Bill-at-a-Glance** – for services through July 31, 2023

| | |
|---|---|
| **Professional Services** | $7,173.50 |
| **Total this Invoice** | $7,173.50 |
| **Previous Balance** | $5,881.00 |
| **Total Now Due** | **$13,054.50** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000012 **Invoice #** 775634

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000012 |
| Invoice: | 775634 |
| Page: | 2 of 4 |

## Matter 000012 – Employee Benefits and Pensions

### Outstanding Invoices

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 05/05/23 | 769692 | 0.00 | 0.00 | 0.00 | $1,598.00 | $1,598.00 |
| 06/12/23 | 772224 | 0.00 | $1,902.00 | 0.00 | 0.00 | $1,902.00 |
| 07/14/23 | 774337 | $2,381.00 | 0.00 | 0.00 | 0.00 | $2,381.00 |
| | **Total Outstanding** | $2,381.00 | $1,902.00 | $0.00 | $1,598.00 | $5,881.00 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000012 |
| Invoice: | 775634 |
| Page: | 3 of 4 |

**Matter 000012 – Employee Benefits and Pensions**

| Professional Services – Detail | | | | |
|---|---|---|---|---|
| **Date** | **Tkpr** | **Description of Services** | **Hours** | **Amount** |
| 07/05/23 | GMF | Parker - Emails with AAA regarding initial scheduling conference with Arbitrator. | 0.20 | $120.00 |
| 07/07/23 | GMF | Parker - Communications with AAA and opposing counsel regarding rescheduling of scheduling conference. | 0.20 | $120.00 |
| 07/10/23 | GMF | Brooks - Review and analysis of damage model and demand from opposing counsel; email client regarding same; review and analysis of statement of claims; review and analysis of first set of discovery to Enbridge. | 0.50 | $300.00 |
| 07/15/23 | JTN | Prepare discovery deficiency letter in Brooks; prepare discovery deficiency letter in Parker. | 1.80 | $675.00 |
| 07/17/23 | GMF | Emails with opposing counsel regarding preparation of scheduling order. | 0.20 | $120.00 |
| 07/18/23 | GMF | Parker - Review and finalize discovery deficiency letter; emails with T. Nadalini regarding same; call with client regarding case status; email opposing counsel requesting deposition dates; review and revise Case Management Guide from Claimant's counsel; emails with Claimant's counsel regarding same. | 0.60 | $360.00 |
| 07/18/23 | GMF | Brooks - Review and finalize discovery deficiency letter; emails with T. Nadalini regarding same; call with client regarding case status; email opposing counsel requesting deposition dates; email client regarding request for counteroffer. | 0.40 | $240.00 |
| 07/19/23 | GMF | Emails with client regarding Boardwalk redactions for Seely, Johnson, and Dantin; review applicable settlement documents; direct paralegal on redactions to same; review and finalize same. | 0.30 | $180.00 |
| 07/19/23 | GMF | Parker - Review and finalize Offer of Judgment; confer with T. Nadalini regarding preparation of timesheets and pay records for production. | 0.20 | $120.00 |
| 07/19/23 | GMF | Brooks - Review and analysis of Claimant's Initial Discovery Protocols and accompanying production; confer with T. Nadalini regarding preparation of Respondent's disclosures. | 0.30 | $180.00 |
| 07/19/23 | JTN | Brooks - Make final edits to deficiency letter, review for delivery; correspondence with opposing counsel regarding same. | 0.30 | $112.50 |
| 07/19/23 | JTN | Parker - Make final edits to deficiency letter, review for delivery; correspondence with opposing counsel regarding same. | 0.30 | $112.50 |
| 07/19/23 | JTN | Parker - Prepare Parker offer of judgment; correspondence with N. Ward and M. Fettinger regarding same and also regarding compilation of Parker time sheets and pay records in the three year look back period. | 1.20 | $450.00 |
| 07/19/23 | NMW | Conference with M. Fettinger regarding redaction of Settlement Agreements; redact same and forward to L. Villa. | 0.70 | $217.00 |
| 07/20/23 | GMF | Parker - Call with AAA regarding re-scheduling of status conference with Arbitrator. | 0.20 | $120.00 |
| 07/20/23 | NMW | Prepare draft of Respondent's Initial Discovery Disclosure. | 0.50 | $155.00 |
| 07/24/23 | JTN | Brooks - Prepare Enbridge initial disclosures in S. Brooks case; review | 2.20 | $825.00 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | | |
|---|---|---|
| Bill Date: | | August 8, 2023 |
| Client.Matter: | | 026407.000012 |
| Invoice: | | 775634 |
| Page: | | 4 of 4 |

| | | | | |
|---|---|---|---|---|
| | | corresponding personnel files; correspondence with N. Ward regarding same; conference with M. Fettinger regarding same. | | |
| 07/26/23 | GMF | Brooks - Work with H. Mattocks on demand letter. | 0.30 | $180.00 |
| 07/26/23 | JTN | Continue preparing initial disclosures for Enbridge; locate and prepare responsive documents; correspondence with M. Fettinger regarding same. | 2.90 | $1,087.50 |
| 07/27/23 | GMF | Brooks - Emails with client regarding deposition of Claimant; finalize deposition notice for service. | 0.20 | $120.00 |
| 07/27/23 | NMW | Brooks - Finalize deposition notice and determine location for deposition. | 0.30 | $93.00 |
| 07/28/23 | GMF | Parker - Prepare summary to client; confer with H. Mattocks regarding management conference; prepare for and attend joint management conference; direct paralegal on finalizing deposition notices with dates and times in Claimant's counsel's office. | 0.70 | $420.00 |
| 07/28/23 | HWM | Brooks - Review Brooks/Enbridge discovery requests to determine what information and documents are needed in response; begin reviewing documents in our possession to determine what information and documents we already have. | 1.20 | $480.00 |
| 07/28/23 | HWM | Parker - Attend scheduling conference in Parker v. Magellan. | 0.20 | $80.00 |
| 07/31/23 | GMF | Parker - Review and analysis of correspondence and scheduling order from Arbitrator. | 0.20 | $120.00 |
| 07/31/23 | NMW | Coordinate location for deposition of Claimant in Pittsburgh, Pennsylvania; conference with M. Fettinger regarding same. | 0.60 | $186.00 |
| | | Total Professional Services | 16.70 | $7,173.50 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| GMF | G. Marcus  Fettinger | 4.50 | $600.00 | $2,700.00 |
| HWM | Hunter W. Mattocks | 1.40 | $400.00 | $560.00 |
| JTN | John T. Nadalini | 8.70 | $375.00 | $3,262.50 |
| NMW | Nancy M. Ward | 2.10 | $310.00 | $651.00 |



| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000013 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775635 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com


Attention: Louis Berezovsky


RE: Professional Employment and Fee Applications


**Bill-at-a-Glance –** for services through August 1, 2023

| | |
|---|---|
| **Professional Services** | $6,384.50 |
| **Total this Invoice** | $6,384.50 |
| **Previous Balance** | $3,765.20 |
| **Total Now Due** | **$10,149.70** |

Please remit payment to:
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000013 **Invoice #** 775635

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000013 |
| Invoice: | 775635 |
| Page: | 2 of 3 |

## Matter 000013 – Professional Employment and Fee Applications

**Outstanding Invoices**

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 05/05/23 | 769693 | 0.00 | 0.00 | 0.00 | $730.60 | $730.60 |
| 06/12/23 | 772225 | 0.00 | $391.60 | 0.00 | 0.00 | $391.60 |
| 07/14/23 | 774338 | $2,643.00 | 0.00 | 0.00 | 0.00 | $2,643.00 |
| | **Total Outstanding** | $2,643.00 | $391.60 | $0.00 | $730.60 | $3,765.20 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000013 |
| Invoice: | 775635 |
| Page: | 3 of 3 |

**Matter 000013 – Professional Employment and Fee Applications**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 06/26/23 | JMH | Analysis of AR and prepared correspondence to A. Kaufman regarding billing and trust. | 0.30 | $217.50 |
| 07/13/23 | VTS | Review and analysis of June 2023 fees and expenses (.2); follow up correspondence with T. Nadalini re same (.1); follow up communications with A. Kaufman re June 2023 fees (.2). | 0.50 | $155.00 |
| 07/14/23 | VTS | Continue work on fifth monthly fee statement (.7); calculate fees and expenses re same (1.0); email correspondence with A. Kaufman re same (.2); finalize and serve same (.2). | 2.10 | $651.00 |
| 07/21/23 | VTS | Calculate fees and expenses for first and final fee application (.4); work on initial draft of first and final fee application (4.9). | 5.30 | $1,643.00 |
| 07/24/23 | VTS | Minor edits to first and final fee app (.2); email correspondence with A. Kaufman re same (.1). | 0.30 | $93.00 |
| 07/28/23 | LW | Review and revise Gray Reed fee application. | 2.00 | $1,380.00 |
| 07/29/23 | AMK | Review and revise Gray Reed fee application and circulate to management and independent director for approval. | 1.20 | $912.00 |
| 07/30/23 | AMK | Review and revise MACCO fee application and send comments to D. McMannigle and P. Maniscalco for review. | 1.00 | $760.00 |
| 07/31/23 | AMK | Coordinate filing of fee applications (.2); follow up with management regarding same (.1). | 0.30 | $228.00 |
| 08/01/23 | LW | [7/31/2023] Finalize and file Gray Reed and MACCO fee applications. | 0.50 | $345.00 |
| | | Total Professional Services | 13.50 | $6,384.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JMH | Jonathan M. Hyman | 0.30 | $725.00 | $217.50 |
| AMK | Aaron M. Kaufman | 2.50 | $760.00 | $1,900.00 |
| LW | Lydia  Webb | 2.50 | $690.00 | $1,725.00 |
| VTS | Veronica T. Salazar | 8.20 | $310.00 | $2,542.00 |



| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000021 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775636 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

Attention: Louis Berezovsky

RE: Relief from Stay and Adequate Protection

**Bill-at-a-Glance –** for services through July 31, 2023

| | |
|---|---|
| **Professional Services** | $579.50 |
| **Total this Invoice** | $579.50 |
| **Previous Balance** | $68,982.20 |
| **Total Now Due** | **$69,561.70** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000021 **Invoice #** 775636

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000021 |
| Invoice: | 775636 |
| Page: | 2 of 3 |

## Matter 000021 – Relief from Stay and Adequate Protection

**Outstanding Invoices**

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 03/10/23 | 766247 | 0.00 | 0.00 | 0.00 | $59,420.70 | $59,420.70 |
| 05/05/23 | 769696 | 0.00 | 0.00 | 0.00 | $5,416.00 | $5,416.00 |
| 06/12/23 | 772226 | 0.00 | $1,350.00 | 0.00 | 0.00 | $1,350.00 |
| 07/14/23 | 774339 | $2,795.50 | 0.00 | 0.00 | 0.00 | $2,795.50 |
| | **Total Outstanding** | $2,795.50 | $1,350.00 | $0.00 | $64,836.70 | $68,982.20 |

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000021 |
| Invoice: | 775636 |
| Page: | 3 of 3 |

**Matter 000021 – Relief from Stay and Adequate Protection**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | MWB | Emails with counsel for Malveaux re status of entered stay stipulation. | 0.10 | $72.50 |
| 07/19/23 | MWB | Instructions to draft a CONO re the Malveaux stay stipulation and review same. | 0.10 | $72.50 |
| 07/19/23 | VTS | Draft CONO re Malveaux Stay Stipulation. | 0.30 | $93.00 |
| 07/20/23 | MWB | Emails with the court re the Malveaux stipulation (.1); review the entered Malveaux stay order and emails to opposing counsel re same(.1). | 0.20 | $145.00 |
| 07/20/23 | VTS | Finalize and file CONO re motion to approve Malveaux stay stipulation (.2); serve same (.1); attend to service of Malveaux stay stipulation (.1). | 0.40 | $124.00 |
| 07/27/23 | MWB | Emails with trial counsel for the Malveaux litigation. | 0.10 | $72.50 |
| | | Total Professional Services | 1.20 | $579.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| MWB | Micheal W. Bishop | 0.50 | $725.00 | $362.50 |
| VTS | Veronica T. Salazar | 0.70 | $310.00 | $217.00 |



| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000022 |
| Attorney: | Aaron M. Kaufman |
| Invoice: | 775637 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com


Attention: Louis Berezovsky

RE: Reporting

**Bill-at-a-Glance –** for services through July 31, 2023

| | | |
|---|---|---|
| **Professional Services** | $31.00 | |
| **Total this Invoice** | $31.00 | |
| **Previous Balance** | $1,456.00 | |
| **Less Credits Applied** | ($1,164.80) | |
| **Total Now Due** | **$322.20** | |

Please remit payment to:
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay
*Beginning September, 2023, a 3% surcharge will be added for credit card payments.  No surcharge will be added for debit card payments.*

**Reference:** 026407.000022 **Invoice #** 775637

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000022 |
| Invoice: | 775637 |
| Page: | 2 of 3 |

## Matter 000022 – Reporting

### Outstanding Invoices

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 05/05/23 | 769697 | 0.00 | 0.00 | 0.00 | $291.20 | $291.20 |
| | **Total Outstanding** | $0.00 | $0.00 | $0.00 | $291.20 | $291.20 |

CONFIDENTIAL

**||| Gray Reed & McGraw**

Cleveland Integrity Services, Inc.
lberezovsky@eagle-infra.com

| | |
|---|---|
| Bill Date: | August 8, 2023 |
| Client.Matter: | 026407.000022 |
| Invoice: | 775637 |
| Page: | 3 of 3 |

**Matter 000022 – Reporting**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/17/23 | VTS | Confer with A. Kaufman and L. Webb re monthly operating reports. | 0.10 | $31.00 |
| | | Total Professional Services | 0.10 | $31.00 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| VTS | Veronica T. Salazar | 0.10 | $310.00 | $31.00 |

**Exhibit B**

**Redline of Revised Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CLEVELAND INTEGRITY SERVICES, INC., *et al.*,[1] | ) |
| | ) Case No. 23-90052 (CML) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. ●269** |

**FINAL ORDER ALLOWING**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the *First and Final Application of Gray Reed for Allowance of Compensation and Reimbursement of Expenses* (together with any supplement thereto, the "Final Fee Application");[2] and the Court having jurisdiction over the Final Fee Application pursuant to 28 U.S.C. § 1334; and the Final Fee Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of the Final Fee Application has been given and no other or further notice is required; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1.      The Application is **GRANTED** as set forth herein.

2.      Final compensation and reimbursement of expenses to Gray Reed is hereby allowed and approved on a final basis in the aggregate amount of **$560,225.50** in fees and **$1,290.21** in expenses for the Application Period, as well as **$●.●●17,004.00** in ~~Supplemental Fees~~actual fees and **$0.00** in actual expenses incurred during the Supplement Period ~~(as defined~~

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  CIS Treasury, LLC (8509) and Cleveland Integrity Services, Inc. (9258).  The Debtors' service address is: 370690 East Old Highway 64, Cleveland, Oklahoma 74020.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Final Fee Application. and the Final Fee Supplement.

in the Final Procedures Order), and **$7,500.00** in Estimated Fees and Expenses, for a total award

of $~~•,••~~**586,019.71**.

3.      Gray Reed is authorized to draw down on its ~~remaining retainer, as partial~~

~~payment~~Retainer to pay any unpaid portion of the fees and/or expenses awarded herein.

4.      The Debtors are authorized and directed to pay to Gray Reed any and all unpaid

fees incurred during the Application Period and the Supplement Period, including any

~~Supplemental~~Estimated Fees and Expenses requested pursuant to the Final Procedures Order.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.


Signed: _____, 2023

_____
Christopher M. López
United States Bankruptcy Judge

4873-9613-1959.2
4873-9613-1959.2
4873-9613-1959